UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR,<br><br>    Plaintiff,<br><br>v.<br><br>LYFT, INC.,<br><br>    Defendant. | Case No.  16-cv-00351-JSW<br><br>**ORDER GRANTING IN PART STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: Docket No. 27 |

The Court has received and considered the parties' stipulation to continue the case management conference. The Court GRANTS, IN PART, the parties' stipulation. The Court will be issuing a ruling on the motion to dismiss shortly and the case will be moving forward. However, the Court will give the parties additional time to digest the Court's ruling and to prepare a joint case management conference statement in light of that ruling.

Accordingly, the Court CONTINUES the case management conference from April 22, 2016 to April 29, 2016. The parties shall submit a joint case management conference statement by 12:00 p.m. on April 25, 2016.

**IT IS SO ORDERED.**

Dated: April 13, 2016

_____
JEFFREY S. WHITE
United States District Judge