UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR,<br>　　　　Plaintiff,<br>　v.<br>LYFT, INC.,<br>　　　　Defendant. | Case No. 16-cv-00351-JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINES**<br><br>Re: Docket No. 30 |

　　　　The Court has received and considered the parties' joint case management conference statement, and it HEREBY VACATES the case management conference scheduled for April 29, 2016. The Court finds Defendant's request for an early summary judgment motion to be well taken, and it adopts the proposal set forth on page 15 of the case management conference statement.

　　　　Accordingly, the deadline to complete discovery limited to the issues raised by Defendant's motion for summary judgment related discovery shall be July 8, 2016. The Court reserves the right to refer any discovery disputes to a randomly assigned Magistrate Judge. The parties shall follow the procedures set forth in the Court's Civil Standing Order paragraph 8 with respect to any and all discovery disputes.

　　　　Defendant shall file its motion for summary judgment by no later than July 8, 2016. Plaintiff shall file its opposition by no later than August 5, 2016. Defendant shall file its reply on August 12, 2016. The Court shall hold a hearing on the motion for summary judgment on August 26, 2016 at 9:00 a.m.

　　　　The Court parties shall appear for a further case management conference on September 23, 2016, and the parties shall file an updated joint case management statement on September 16,

2016.

Finally, Plaintiff's understanding of the Court's Scheduling Notes is not correct. Those scheduling notes provide, in relevant part:

> CLOSED CIVIL MOTION HEARING DATES: PLEASE NOTE: Some dates below have terminal digits next to the date. ONLY cases ending in these terminal digits CAN be noticed for that day, otherwise the date is CLOSED.
>
> …
>
> IF A DATE DOES NOT APPEAR YOU MAY NOTICE A MOTION FOR THAT DATE REGARDLESS OF THE TERMINAL DIGIT, PROVIDING THE DATE IS AT LEAST 35 DAYS OUT.

Thus, cases ending in terminal digit 1 may not be noticed for hearing on July 1, 2016 or November 4, 2016. Cases ending in terminal digit one may be noticed for hearing on July 8, 2016, or August 26, 2016, because those dates do not appear in the list of dates that follows the phrase "Open Motion Hearing Dates (by terminal digit)."

**IT IS SO ORDERED.**

Dated: April 26, 2016

_____
JEFFREY S. WHITE
United States District Judge

2