UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR,<br><br>   Plaintiff,<br><br>   v.<br><br>LYFT, INC.,<br><br>   Defendant. | Case No. 16-cv-00351-JSW<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR CLARIFICATION REGARDING THE BRIEFING SCHEDULE IN THE COURT'S APRIL 26, 2016 ORDER**<br><br>Re: Dkt. No. 36 |

Pending before this Court is Defendant Lyft, Inc.'s opposed administrative motion for clarification of the briefing schedule in the Court's April 26, 2016 order vacating the case management conference and setting deadlines. Having considered the motion and the opposition thereto, the Court GRANTS the administrative motion and AMENDS the Court's April 26, 2016 Order (Dkt. No. 34) as follows.

Page 1, lines 16-17 of the April 26, 2016 order accurately refer to the briefing schedule that the Court intended to adopt, which is a 35-day schedule consistent with Civil Local Rules 7-2 and 7-3. The reference to July 8, 2016 at page 1, line 23 of the April 26, 2016 order was a clerical error.

Accordingly, Defendant shall file its motion for summary judgment by no later than July 22, 2016. All other deadlines in the Court's April 26, 2016 Order shall remain the same. The briefing and hearing schedule for Defendant's motion for summary judgment is as follows:

- The deadline to complete discovery limited to the issues raised by Defendant's motion for summary judgment shall be July 8, 2016;
- Defendant shall file its motion for summary judgment no later than July 22, 2016;
- Plaintiff shall file his opposition by no later than August 5, 2016;

- Defendant shall file its reply on August 12, 2016;
- The Court shall hold a hearing on the motion for summary judgment on August 26, 2016 at 9:00 a.m.

The Court DENIES WITHOUT PREJUDICE Plaintiff's request, included in the opposition to the administrative motion, to extend the deadline to complete limited summary-judgment-related discovery. If Defendant's summary judgment motion exceeds the scope that has been permitted by the Court, or if Plaintiff can demonstrate that, for specified reasons, he cannot present facts essential to justify his opposition to the summary judgment motion, Plaintiff may seek appropriate relief at that time.

**IT IS SO ORDERED.**

Dated: May 24, 2016

JEFFREY S. WHITE
United States District Judge

2