UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS O'CONNOR,

    Plaintiff,

v.

LYFT, INC.,

    Defendant.

Case No. 16-cv-00351-JSW

**ORDER STRIKING LETTER BRIEFS AND REFERRING DISCOVERY DISPUTES TO MAGISTRATE JUDGE**

Re: Dkt. Nos. 40-42

The Court has received three letter briefs from the parties outlining discovery disputes. The Court STRIKES each of those letter briefs, because they demonstrate that each side had not yet provided their respective positions on these issues. The parties shall re-submit these disputes by way of a true joint letter brief.

In addition, the Court exercises its discretion to refer the disputes outlined in the letter briefs, and all further discovery disputes to a randomly assigned magistrate judge. *See* N.D. Civ. L.R. 72-1. If the Magistrate Judge believes an extension of the current deadlines is necessary to resolve this dispute, the Court will grant such an extension upon request.

**IT IS SO ORDERED.**

Dated: June 24, 2016

_____
JEFFREY S. WHITE
United States District Judge

Cc: Magistrate Referral Clerk